UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ANGEL MAXION, et. al.,

    Plaintiffs,                                No. CIV S-08-1650 FCD KJM

    v.

BEAZER HOMES HOLDINGS CORPORATION, et. al.,                  **RELATED CASE ORDER**

    Defendants.
_____/

ANGEL MAXION, et. al.,

    Plaintiff,                                 No. CIV S-09-2707 FCD DAD

    v.

BEAZER HOMES HOLDINGS CORPORATION, et. al.,

    Defendants.
_____/

      Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 83-123(a) (E.D. Cal. 1997). The actions involve the same parties, are based on the same or similar claims, the same property transaction or event, similar questions of fact and the same questions of law, and would therefore entail a substantial duplication of labor if heard by different judges. Accordingly, the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 83-123 merely has the result that these actions are assigned to the same judge; no consolidation of the actions is effected. Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the actions denominated, CIV S-09-2707 FCD DAD, having already been randomly assigned to Judge Frank C. Damrell, Jr., does not require reassignment. However, the matter shall be reassigned to Magistrate Judge Kimberly J. Mueller for all further proceedings. Henceforth, the caption on documents filed in the reassigned case shall be shown as: CIV S-09-2707 FCD KJM.

IT IS FURTHER ORDERED that the Clerk of Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

DATED: September 30, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE